SUSAN GORDEN et al., as Executors of WILLIAM GORDEN, Deceased, Appellants, *v.* WILLIAM L. STRONG, Mayor of the City of New York, et al., Respondents.

Reported below, 15 App. Div. 519.
(Submitted October 16, 1899; decided October 24, 1899.)

MOTION by Susan Gorden, as executrix of William Gorden, deceased, that the costs of the above appeal to the Court of Appeals be awarded against Stephen M. Hoye and Joseph Gorden, as executors personally and not against the estate, and that interest on the judgments heretofore entered be borne by Hoye personally. (See 158 N. Y. 407; 160 N. Y. 659.)

*George W. McKenzie* for motion.

*Stephen M. Hoye* opposed.

Motion denied, with ten dollars costs, upon the ground that the question raised should be determined by the court of original jurisdiction.